UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGEL RAFAEL ROMERO GULLIEN, | ) |
| Plaintiff(s), | ) ) ) |
| vs. | ) ) Case No. 4:26CV00035 UNA |
| RUSSELL HOLT, *et al*, | ) ) ) |
| Defendant(s). | ) |

## **ORDER**

On January 9, 2026, during electronic-case opening, the above-numbered case was inadvertently opened in error and will be administratively closed.

Accordingly, Case No. 4:26CV00035 UNA is hereby administratively closed.

Dated on the 12th day of January, 2026.

NATHAN M. GRAVES
CLERK OF COURT

By: /s/Jason W. Dockery
   Case Initiation Team Supervisor